```
                    IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
                             EASTERN DIVISION


    EDWARD A. WEINHAUS,              )
                                     )
                   Plaintiff,        )  Docket No. 18 C 2471
                                     )
              vs.                    )
                                     )
    NATALIE B. COHEN, et al.,        )  Chicago, Illinois
                                     )  September 14, 2018
                   Defendants.       )  9:48 a.m.


                 TRANSCRIPT OF PROCEEDINGS - Ruling
            BEFORE THE HONORABLE REBECCA R. PALLMEYER


    APPEARANCES:


    For the Plaintiff:       MR. EDWARD A. WEINHAUS, Pro Se
                             10859 Picadily Square Drive
                             St. Louis, Missouri  63146


    For the Defendants:      HURST ROBIN & KAY, LLC
                             BY:  MR. BRIAN J. BURST
                             30 North LaSalle Street, Suite 1210
                             Chicago, Illinois  60602


                             HON. LISA M. MADIGAN
                             ATTORNEY GENERAL OF ILLINOIS
                             BY:  MS. SHIRLEY R. CALLOWAY
                             100 West Randolph Street
                             Chicago, Illinois  60601


    Court Reporter:          FRANCES WARD, CSR, RPR, RMR, FCRR
                             Official Court Reporter
                             219 S. Dearborn Street, Suite 2144D
                             Chicago, Illinois  60604
                             (312) 435-5561
                             frances_ward@ilnd.uscourts.gov
```

 1   THE CLERK:  18 C 2471, Weinhaus versus Cohen for
 2 ruling.
 3   MS. CALLOWAY:  Good morning, your Honor.
 4   Shirley Calloway for Defendant State of Illinois.
 5   THE COURT:  Good morning, Ms. Calloway.
 6   MR. HURST:  Good morning, your Honor.
 7   My name is Brian Hurst.  I represent the Defendants
 8 Natalie Cohen, Steven Cohen, Barry and Adrienne Chernawsky.
 9   MR. WEINHAUS:  Good morning, your Honor.
10   Edward Weinhaus.  I am the plaintiff, *pro se*.  And
11 just as a reminder, I think last time we met, you suggested I
12 might be the children's grandfather.
13   THE COURT:  I misunderstood.
14   MR. WEINHAUS:  No.  That's okay.
15   I brought their grandfather, a member of the
16 Supreme Court bar.
17   THE COURT:  It's nice to have you here.
18   MR. WEINHAUS:  I'm honored to be in front of both
19 of you.  Thank you.
20   THE COURT:  I reviewed the briefs in this case and
21 considered the issues raised by the motions to dismiss and
22 concluded that both motions should be granted.
23   The State has a sovereign immunity defense, an
24 Eleventh Amendment defense, but there are other arguments
25 that have been made as well.

1  Both defendants have argued that the allegations in
2  the complaint don't state a cause of action.  Indeed, I don't
3  see the state court's order as genuinely interfering,
4  Mr. Weinhaus, with your right to travel.  I think that the
5  restrictions, if we can call them that, are a product of the
6  order itself.
7  Both defendants have argued -- and I agree with
8  them -- that the domestic relations exception would
9  ordinarily preclude the Court from diving into this dispute,
10 and I think that those -- that that doctrine is well
11 established, recognized by the Seventh Circuit, and applies
12 directly here.  I don't see any basis for allegations of
13 conspiracy that have been made.
14 But to put that to one side, one argument that
15 nobody has made, but which is relevant to me, is the
16 Rooker-Feldman doctrine.  I am not in a position to review a
17 decision of a state court.
18 It seems to me that what's fundamentally at issue
19 here is Mr. Weinhaus' disagreement with the state court's
20 order and the way it's been carried out and enforced.  That
21 is quintessentially a matter for the state courts to review.
22 You are welcome to file a proceeding in state
23 court, as I know you have; if the state courts don't give you
24 the relief that you are looking for, to appeal from those
25 decisions all the way up to the U.S. Supreme Court.

1      What's not available is a back door into the
2   federal courts to argue under some kind of a constitutional
3   basis that this court should interfere with, oversee, review,
4   reconsider anything that a state court judge has done.
5      I understand that you are in disagreement with that
6   order, in spite of the fact that, as I understand it, it was
7   an agreed order entered into by the parties back in 2016.
8      Perhaps it may be more fair to say that, although
9   you agreed to the order as it was drafted, you don't think
10  it's being carried out properly.
11     In either case, this court has no jurisdiction to
12  review it.
13     This case is dismissed.
14     Thank you.
15     MR. WEINHAUS:  Your Honor, may I ask if there will
16  be leave to amend?
17     THE COURT:  No, there will not.
18     Thank you.
19     MR. HURST:  Thank you, Judge.
20     THE COURT:  Thank you.
21              *     *     *     *     *
22  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
23
24  /s/ Frances Ward_____October 26, 2018.
    Official Court Reporter
25  F